IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS GARBUTT,

           Petitioner,                  No. CIV S-05-2130 GEB KJM P

      vs.

TOM . CAREY, Warden, et al.,

           Respondents.          ORDER

_____/

         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254.  On December 21, 2005, this court recommended that the action be dismissed because petitioner had neither paid the filing fee nor submitted an application to proceed in forma pauperis.  Petitioner filed objections to the findings and recommendations, explaining that he had asked the institution to forward the fee from his trust account to this court.  The institution in fact has complied; petitioner has paid the filing fee.

         Because petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1.  The December 21, 2005 findings and recommendations are vacated;

2.  Respondents are directed to file an answer within sixty days from the date of this order.  See Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

3.  If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4.  If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

5.  The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus on Jo Graves, Senior Assistant Attorney General.

DATED:  January 26, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2/mp
garb2130.100fee

2