IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS GARBUTT,

    Petitioner,                   No. CIV S-05-2130 GEB KJM P

    vs.

TOM L. CAREY, Warden,

    Respondent.             ORDER

_____/

       On January 26, 2007, the District Court adopted findings and recommendations and ordered that respondent's motion to dismiss be denied.

       On May 8, 2007, petitioner filed a motion for the entry of a default judgment granting the petition for a writ of habeas corpus because respondent has not filed an answer.

       Respondent's failure to file an answer does not entitle petitioner to habeas relief. Gordon v. Duran, 895 F.2d 610, 162 (9th Cir. 1990). Once the motion to dismiss was denied, however, respondent should have answered the petition.

       IT IS HEREBY ORDERED that:

       1. Petitioner's May 8, 2007 motion for a default judgment and for sanctions is denied; and

/////

1         2. Respondent is directed to file an answer to the petition within thirty days of the
2 date of this order. Petitioner's reply, if any, is due twenty-one days after the answer is filed.

3 DATED: May 17, 2007.

                                    U.S. MAGISTRATE JUDGE

2

garb2310.ord

2