IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS GARBUTT,

      Petitioner,                  No. CIV S-05-2130 GEB KJM  P

  vs.

D.K. SISTO,

      Respondent.            ORDER

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Judgment was entered in this case on September 30, 2008, and petitioner has filed a notice of appeal to the United States Court of Appeals for the Ninth Circuit.  On October 27, 2008, petitioner filed an application to proceed in forma pauperis.  The court file reflects that petitioner paid the filing fee for this action.

        Rule 24(a) of the Federal Rules of Appellate Procedure provides that a party to a district court action who desires to proceed in forma pauperis on appeal must file a motion in the district court which:

> (A) shows in the detail prescribed by Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs;

/////

1

    (B) claims an entitlement to redress; and

    (C) states the issues that the party intends to present on appeal.

Fed. R. App. P. 24(a)(2).  Petitioner's affidavit demonstrates his inability to pay or to give security for fees and costs.  In his October 27, 2008 notice of appeal, petitioner claimed entitlement to redress but did not describe the issues to be presented on appeal.  Petitioner has not complied with the requirements of Fed. R. App. P. 24(a).  Accordingly, his request to proceed in forma pauperis on appeal will be denied without prejudice.

    Accordingly, IT IS HEREBY ORDERED that petitioner's October 27, 2008 request to proceed in forma pauperis on appeal (docket no. 26) is denied without prejudice.

DATED: November 14, 2008.

_____
U.S. MAGISTRATE JUDGE

2

garb2310.24(a)