IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS GARBUTT,

    Petitioner,           2:05-cv-2130-GEB-KJM-P

  vs.

D.K. SISTO,

    Respondent.         ORDER

/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's September 30, 2008 denial of his application for a writ of habeas corpus, which challenged the denial of parole.

        In this circuit, under 28 U.S.C. § 2253(c), "a COA is not required when a state prisoner challenges an administrative decision regarding the execution of his sentence." White v. Lambert, 370 F.3d 1002, 1010 (9th Cir. 2004); see also Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir. 2005) (per curiam) (denial of parole). As the target of petitioner's habeas petition is a

/////

/////

/////

1

1 parole determination, not a state court proceeding, no COA is necessary. <u>Rosas</u>, 428 F.3d at
2 1232.

3 Dated: November 17, 2008

*[signature]*
GARLAND E. BURRELL, JR.
United States District Judge