IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS GARBUTT,

    Petitioner,               No. CIV S-05-2130 GEB KJM  P

vs.

D.K. SISTO,

    Respondent.             <u>ORDER</u>

        Petitioner is a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Judgment was entered in this case on September 30, 2008, and petitioner has filed a notice of appeal to the United States Court of Appeals for the Ninth Circuit.  On October 27, 2008, petitioner filed an application to proceed in forma pauperis.  On November 14, 2008, the court denied petitioner's request to proceed in forma pauperis on appeal without prejudice because petitioner had not described the issues to be presented on appeal.  Petitioner has now filed an "addendum" to his request, listing the issues he intends to pursue on appeal.  He has now satisfied the requirements of Rule 24(a) of the Federal Rules of Appellate Procedure.

        IT IS THEREFORE ORDERED that petitioner's request to proceed in forma pauperis on appeal (docket no. 26) is granted.

Date: December 5, 2008

_____
U.S. MAGISTRATE JUDGE

2/garb2310.24(a)x2

1